## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NELSON THIONGO,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  2:19-cv-02783-EFM-ADM |
| | ) |
| **AIRTEX MANUFACTURING, LLLP** | ) |
| **d/b/a ENGINEERED AIR,** | ) |
| | ) |
|     **Defendant.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nelson Thiongo and Defendant Airtex Manufacturing, LLLP d/b/a Engineered Air, by and through their respective counsel, jointly stipulate that this action shall be DISMISSED with prejudice, each party to bear their own costs and fees.

Respectfully submitted this 28th day of January, 2021.

| | |
|---|---|
| /s/ Charles S. Scott | /s/ Kimberly F. Seten |
| Charles S. Scott, KS Bar No. 08573 | Kimberly F. Seten, KS Bar No. 19394 |
| Attorney at Law | Constangy, Brooks, Smith & Prophete, LLP |
| 6031 Albervan Street | 2600 Grand Blvd., Suite 750 |
| Shawnee, Kansas 66216 | Kansas City, Missouri 64108 |
| Telephone: (913) 268-4842 | Telephone: (816) 472-6400 |
| Facsimile: (913) 248-0424 | Facsimile: (816) 472-6401 |
| Email: charlesscott@kc.rr.com | Email: kseten@constangy.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

7102388v.1